Entered on Docket August 8, 2014

**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Judge Marc Barreca
Chapter 7

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>VIGIL, JOHN GORDON AND<br>VIGIL, CONNIE ANN<br><br><br>Debtor(s). | No. **14-14555-MLB**<br><br>**EX PARTE ORDER AUTHORIZING EMPLOYMENT OF RICH KIM AND LUMIN BROKERS AS REAL ESTATE AGENTS FOR THE TRUSTEE** |

THIS MATTER, having come on for hearing *ex parte* before Judge Marc Barreca and it appearing that no notice of hearing is required to be given and that no adverse interest or conflict of interest exists and that the employment of Rich Kim and Lumin Brokers as real estate agents to sell real property of the estate is in the best interest of the estate and this case is one justifying employment of Rich Kim and Lumin Brokers, it is hereby

ORDERED that the Trustee be and hereby is authorized to employ Rich Kim and Lumin Brokers pursuant to 11 U.S.C. §330, as real estate agents for the Trustee in the matter described above and under the terms and conditions more fully set forth in the Trustee's *ex parte* application as of the date this

ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

application and order are submitted to the office of the United States Trustee, with all compensation subject to Court order upon notice to creditors and a hearing.

///   **End of Order** ///

Presented by:

WOOD & JONES, P.S.

*/s/   Edmund J. Wood*
Edmund J. Wood, WSBA #03695
Trustee

Kim - Ord to Hire

ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Case 14-14555-MLB    Doc 26    Filed 08/08/14    Ent. 08/08/14 15:17:12    Pg. 2 of 2