Honorable Christopher M. Alston
February 19, 2016; 9:30 a.m.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Chapter 7
) Bankruptcy No. 14-14555
JOHN GORDON VIGIL and )
CONNIE ANN VIGIL, ) DECLARATION OF
) MAILING
        Debtor(s). )
)

I, Patricia K. Johnson, declare and state as follows:

1. I am a citizen of the United States, over the age of 21 years, not an interested party in the above-entitled matter and am competent to be a witness.

2. On the 25th day of January, 2016, I caused to be mailed by certified mail a copy of the Notice of Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances to the following parties at their respective addresses:

    U.S. Bank
    ATTN: Richard K. Davis, CEO
    425 Walnut Street
    Cincinnati, OH 45202

3. On the 25th day of January, 2016, I caused to be mailed by first class mail, postage prepaid, a copy of the Notice of Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances to the following parties at their respective addresses:

| Occupant | Washington State Housing Finance Commission |
| --- | --- |
| 1957 - 23rd Place N.E., #201 | 1000 Second Avenue, Suite 2700 |
| Issaquah, WA 98029 | Seattle, WA 98104-3601 |

**DECLARATION OF MAILING**
160114eDec   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-14555-CMA    Doc 58    Filed 01/25/16    Ent. 01/25/16 15:47:55    Pg. 1 of 2

| | | |
|---|---|---|
| 1 | Outlook at Issaquah Highlands<br>  Condominium Association | Outlook at Issaquah Highlands<br>  Condominium Association |
| 2 | c/o EMB Management, Registered Agent<br>13208 N.E. 20th Street, #400 | c/o Stephen M. Smith<br>Condominium Law Group PLLC |
| 3 | Bellevue, WA 98005 | 10310 Aurora Avenue N.<br>Seattle, WA 98133 |

Community Fiber Networks LLC
c/o SEL, Inc., Registered Agent
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day January, 2016.

/S/ *Patricia K. Johnson*

Patricia K. Johnson
Legal Assistant to Rory C. Livesey,
Attorneys for Trustee

**DECLARATION OF MAILING**
160114eDec  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-14555-CMA    Doc 58    Filed 01/25/16    Ent. 01/25/16 15:47:55    Pg. 2 of 2